EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone:      541-2850
Facsimile:      541-2958
E-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00439 SOM |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| JOSHUA LEE RYAN COLLIER, | ) | [49 U.S.C. § 46314(a)&(b)(1)] |
| Defendant. | ) | |

ORDER FOR DISMISSAL

　　　　Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the misdemeanor Information against defendant JOSHUA LEE RYAN COLLIER on the grounds that the he has been charged with a serious drug

felony in the Western District of Washington (CR NO. 04-178P), that carries a mandatory minimum term of imprisonment. The defendant has pleaded guilty and is currently cooperating with the United States. In the interest of judicial economy and the efficient uses of government resources, the relatively minor matter pending in this district, a misdemeanor, must be dismissed.

The defendant is not in custody on the dismissed charge listed above.

DATED: July 21, 2004 at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
WES REBER PORTER
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

SUSAN OKI MOLLWAY

_____
SUSAN OKI MOLLWAY
U.S. District Judge

United States v. JOSHUA LEE RYAN COLLIER
Cr. No. 02-00439 SOM
"Order for Dismissal"

2